IN THE COURT OF COMMON PLEAS
CRIMINAL DIVISION
SUMMIT COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO ) | CASE NO. CR 2024-12-4179 | |
| ) | | |
| ) | JUDGE SUSAN BAKER-ROSS | |
| Plaintiff ) | | |
| ) | **MOTION FOR LEAVE** | |
| vs. ) | **TO PLEAD NOT GUILTY** | |
| JAREL M. WOODEN ) | **BY REASON OF INSANITY** | |
| ) | | |
| Defendant ) | **REQUEST FOR** | |
| ) | **COMPETENCY EVALUATION** | |
| ) | | |

Now comes the defendant, Jarel Wooden, by and through the undersigned counsel, and pursuant to Ohio Criminal Rule 11(A); Ohio Criminal Rule 11(H); and Ohio Revised Code section 2943.03(E), respectfully moves this Court for leave to enter a plea of not guilty by reason of insanity in regards to this matter.

As grounds for this motion, defense counsel submits that Ohio Criminal Rule 11(H) states in pertinent part that a Court, for good cause shown, shall permit an insanity plea to be entered at any time before trial. Counsel for defendant further states that after discussing this matter with Mr. Wooden; his immediate family members, to wit: mother and sister; and several former care providers counsel has discovered that Mr. Wooden has a long history of mental health issues for which he has received treatment for from a variety of mental health providers over an extended period of time.


EXHIBIT E

Wherefore, based on Wooden's prior and current mental health conditions, counsel has a good faith belief that Mr. Stallworth may not be competent to stand trial. As such, defense counsel respectfully moves this Court for an order granting defense counsel leave to file a written plea of not guilty by reason of insanity. In addition, counsel respectfully moves this Court for an order ordering that Mr. Wooden undergo a competency evaluation through the Summit County Psycho Diagnostic Clinic.

          Respectfully submitted,

          /s/ James K. Reed
          JAMES K. REED (0040214)
          Attorney for Jarel M. Wooden
          209 S. Main Street, #801
          Akron, Ohio 44308
          Phone: (330) 762-9445
          Fax:   (330) 762-9446
          E-mail: reed108@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a time-stamped copy of the foregoing motion was served via ECF on the assigned courtroom prosecutor, Jamilia Mitchell, this 8th day of January, 2025.

          /s/ James K. Reed
          JAMES K. REED (0040214)
          Attorney at Law

# IN THE COURT OF COMMON PLEAS
# COUNTY OF SUMMIT

**STATE OF OHIO**

vs.

**JAREL M. WOODEN**

Case No. CR-2024-12-4179

**JOURNAL ENTRY**

On April 3, 2025, the Assistant Prosecuting Attorney, Jamila Mitchell, on behalf of the State of Ohio, and Defense Counsel James K. Reed, appeared in person; the Defendant, Jarel M. Wooden, in custody at the Summit County Jail and Holly Cundiff, standing in for Christopher Freeman-Clark, ADM Forensic Monitor, were both present by video for a status conference.

The issue of the Defendant's competency to stand trial having previously been raised, the Defendant was referred to Dr. Daniel Cowan of the Warrensville Developmental Center pursuant to R. C. Section 2945. 371 (I) for a separate intellectual disability evaluation. The written report of the examination dated March 19, 2025 and authored by Daniel Cowan, Psy.D. has been filed with the Court and copies provided to the Assistant Prosecuting Attorney and Defense Counsel. All parties stipulate to the Warrensville report.

Upon consideration of the report and other evidence before the Court, the Court finds that:

1. The Defendant is not capable of understanding the nature and objective of the proceedings against him.

2. The Defendant is a person with intellectual disability subject to court order.

3. There is a substantial probability that the Defendant will become capable of understanding the nature and objective of the proceedings against him and be capable of assisting in his defense within one (1) year if he is provided with a course of treatment.

4. The offense with which the Defendant is charged is one for which the Defendant could be incarcerated, if convicted.

It is therefore ORDERED that:

1. The Defendant shall undergo inpatient restoration treatment at Twin Valley Behavioral Healthcare Hospital, Timothy B. Moritz Forensic Unit, an Ohio Department of Mental Health & Addiction Services (OhioMHAS) hospital, pursuant to Section 2945.38 (B) R.C., which is the least restrictive alternative available that is consistent with public safety and treatment goals.

2. The person who supervises the treatment shall file written reports with the Court pursuant to Section 2945.38(H) of the Ohio Revised Code.

3. The Defendant shall not be released or discharged from Twin Valley except as authorized by this order or future order of this Court.

4. The Defendant is hereby granted Level 4 movement for medical care only allowing staff of Twin Valley to escort the Defendant to, during, and from the appropriate medical care facility for medical treatment.

5. The Defendant is ordered to comply with all forms of treatment and prescribed medications, including the use of long-acting injectable antipsychotic medications. Twin Valley is hereby authorized to forcibly medicate.

6. This order shall remain in effect for one (1) year.

# IN THE COURT OF COMMON PLEAS
# COUNTY OF SUMMIT

| | |
|---|---|
| **STATE OF OHIO** | **Case No. CR-2024-12-4179** |
| vs. | |
| **JAREL M. WOODEN** | **JOURNAL ENTRY** |

The Summit County Sheriff's Office shall transport the Defendant to Twin Valley as soon as a bed becomes available.

IT IS FURTHER ORDERED that Twin Valley shall notify the court, **prior to returning the Defendant to the Summit County Jail,** once the Forensic Examiner at Twin Valley opines that the Defendant is either restored to competency or is determined to be un-restorable, and has provided the Court with a competency to stand trial report reflecting either determination.

If the Defendant is determined restored to competency, the Defendant shall remain at Twin Valley pending further hearing in order to maintain adjudicative competence.

**The court further orders that this case shall be marked "terminated by reason of unavailability for trial" and thereby removed from the pending case list of this Court. Further, this case shall be carried on the records of the Court in an inactive file subject to reinstatement whenever the accused is available for further proceedings herein.**

IT IS SO ORDERED.

_____
SUSAN BAKER ROSS, Judge
Court of Common Pleas
Summit County, Ohio

/mjl
cc:　Assistant Prosecutor Jamila Mitchell
　　　Attorney James K. Reed
　　　Warrants
　　　Convey
　　　Criminal Division
　　　Registrar's Office
　　　Christopher Freeman-Clark, ADM Forensic Monitor
　　　OhioMHAS Legal Assurance Administrator – Twin Valley Behavioral Healthcare Hospital,
　　　　2200 W. Broad Street, Columbus, OH 43223
　　　Dr. Daniel Cowan, Warrensville Developmental Center, 4325 S. Green Rd.,
　　　　Highland Hills, OH 44128.

## IN THE COURT OF COMMON PLEAS
## COUNTY OF SUMMIT

**STATE OF OHIO**

**vs.**

**JAREL M. WOODEN**

Case No. CR-2024-12-4179

**JOURNAL ENTRY**

On September 4, 2025, the Assistant Prosecuting Attorney, Jamila Mitchell, on behalf of the State of Ohio, and the Defendant, Jarel M. Wooden, in custody at the Summit County Jail, and represented by counsel, James K. Reed, appeared before the Court for a status conference. Christopher Freeman-Clark, ADM Forensic Monitor, was also present.

All parties appeared by video.

The Assistant Prosecuting Attorney and Defense Counsel stipulate to the report from Central Ohio Behavioral Healthcare dated <u>August 7, 2025</u> and authored by Delaney Smith, M.D., opining that the Defendant remains incompetent to stand trial and is not likely to be restored to competency within the restoration period permitted by law due to the Defendant's intellectual disability. Dr. Delaney further opines that the Defendant appears to be a person with intellectual disability subject to institutionalization by court order pursuant to R.C. 5123.01 and recommends the Department of Developmental Disabilities complete an evaluation to determine whether the Defendant meets criteria for placement in a developmental center.

The Court finds that the Defendant appears to be a person with intellectual disability subject to institutionalization by court order. Therefore, pursuant to R.C. 2945.371 (I), IT IS ORDERED that:

1. Forensic Psychologist Daniel Cowan, Psy.D., a forensic examiner appointed by the Ohio Department of Developmental Disabilities, shall conduct a separate intellectual disability evaluation of the Defendant within 30 days of entry of this court order and submit a written report to this Court.

2. The examiner may interview the Defendant by video at the Summit County Jail unless other arrangements are necessary and have been approved by the Court.

3. Twin Valley shall forward copies of all written materials used in their evaluation of the Defendant to Dr. Cowan forthwith.

4. The written report shall include all of the following:

   - The examiner's findings;

   - The facts in reasonable detail on which the findings are based;

   - An opinion as to whether the Defendant is presently a person with intellectual disability and whether the Defendant appears to be a person with intellectual disability subject to institutionalization by court order;

## IN THE COURT OF COMMON PLEAS
## COUNTY OF SUMMIT

**STATE OF OHIO**

**Case No. CR-2024-12-4179**

vs.

**JAREL M. WOODEN**

**JOURNAL ENTRY**

- The examiner's recommendations as to the least restrictive placement alternative consistent with the Defendant's treatment needs and the need to preserve community safety.

Further proceedings shall be scheduled upon completion of the court ordered evaluation.

IT IS SO ORDERED.

_____
SUSAN BAKER ROSS, Judge
Court of Common Pleas
Summit County, Ohio

/ced
cc: Assistant Prosecutor Jamila Mitchell
Attorney James K. Reed
Registrar
ADM Forensic Monitor: Chris Freeman-Clark
OhioMHAS Legal Assurance Administrator - Twin Valley, 2200 W Broad St. Columbus, OH 43223
Warrensville Developmental Center, ATTN; Dr. Daniel Cowan. 4325 S. Green Rd., Highland Hills, OH 44128
Summit Psychological Associates, ATTN: Pamala Phillips. 37 North Broadway Street, Akron, OH 44308

# IN THE COURT OF COMMON PLEAS
# COUNTY OF SUMMIT

**STATE OF OHIO**

**vs.**

**JAREL M. WOODEN**

Case No. CR-2024-12-4179

# JOURNAL ENTRY

On February 27, 2025, the Assistant Summit County Prosecutor, Jamila Mitchell, on behalf of the State of Ohio, Defense Counsel James K. Reed, and Chris Freeman-Clark, ADM Forensic Monitor appeared in person; the Defendant Jarel Wooden, in custody at the Summit County Jail, and Julie Foster of Summit County Developmental Disabilities Board ("Summit DD") appeared before the court by video for pretrial.

The issue of the Defendant's competency to stand trial having previously been raised, the Defendant was referred to the Psycho-Diagnostic Clinic for examination pursuant to Section 2945.371, R.C. The written report of the examination dated February 20, 2025 and authored by Lynn A. Luna Jones, Ph.D., has been filed with the Court and copies provided to the Assistant Prosecuting Attorney and Defense Counsel. All parties stipulate to the Psycho-Diagnostic Clinic's report.

Pursuant to Ohio Revised Code 2945.371 (I), and upon stipulation of the parties, IT IS ORDERED that:

1. The Defendant shall submit to a separate competency to stand trial and intellectual disability evaluation to be conducted by Dr. Daniel Cowan of Warrensville Developmental Center to determine whether the Defendant is capable of understanding the nature and objective of the proceedings against him and of assisting in his defense. The person conducting the examination will be an examiner as defined in Section 2945.37 R.C.

2. The examination will be conducted at the Warrensville Developmental Center at a date and time to be arranged between the Summit County Jail mental health unit, the Summit County Sheriff's Department and Warrensville Developmental Center.

3. The Summit County Sheriff shall transport the Defendant to and from Warrensville and shall remain with, closely supervise, and secure the Defendant at all times while he is at that facility.

4. The examiner shall complete the examination within thirty (30) days after the date of this order, and shall prepare and provide to the Court a written report of the examination.

5. The examiner's report shall contain the examiner's findings, the facts in reasonable detail on which the findings are based, and the examiner's opinion as to whether the Defendant is capable of understanding the nature and objective of the proceedings against him and of assisting in his defense.

6. If the examiner's opinion is that the Defendant is incapable of understanding the nature and objective of the proceedings against him or of assisting in his defense, the report shall also include the examiner's opinion as to whether the Defendant is a person with an intellectual disability or a mental illness.

7. The Psycho-Diagnostic Clinic shall release a copy of its February 20, 2025 report as well as copies of the following documents to Dr. Cowan:

    - Psycho-Diagnostic Clinic Social Summary dated January 28, 2025;
    - Akron Public Schools academic records;

## IN THE COURT OF COMMON PLEAS
## COUNTY OF SUMMIT

**STATE OF OHIO**  

**vs.**

**JAREL M. WOODEN**

Case No. CR-2024-12-4179

**JOURNAL ENTRY**

- Summa records from November, 2024;

- Akron Community Health Resources medical records (10/21/13 through 5/21/14);

- Summit DD records;

- Patricia Byrnes, OT evaluation report;

- Blick Clinic assessments dated 12/11/06 and 6/16/11;

- Akron Children's Hospital reports dated 10/30/94 through 5/11/2007;

- Summit county Jail medical and behavioral Health records from 12/21/24 through 1/30/25;

- Cobb County School District academic records.

Further, the Psycho-Diagnostic clinic shall make the records reviewed for the February 20, 2025 competency report available for review by the Assistant Prosecutor and defense counsel.

Following completion of the examination(s), if the examiner's opinion is that the Defendant is presently a person with an intellectual disability, the report shall include the examiner's opinion as to whether the Defendant appears to be a person with intellectual disability subject to institutionalization.

If the examiner's opinion is that the Defendant is presently a person with a mental illness or intellectual disability, the report shall include the examiner's recommendation as to the least restrictive treatment alternative consistent with the Defendant's treatment needs for restoration to competency and with the safety of the community.

IT IS SO ORDERED.

_____  
SUSAN BAKER ROSS, Judge  
Court of Common Pleas  
Summit County, Ohio

/mjl  
cc:  Assistant Prosecutor Jamila Mitchell  
    Attorney James K. Reed  
    Registrar  
    Psycho-Diagnostic Clinic  
    Summit County Sheriff's Office  
    Court Convey  
    Warrensville Developmental Center, 4325 Green Road, Highland Hills, OH 44128

# IN THE COURT OF COMMON PLEAS
# COUNTY OF SUMMIT

STATE OF OHIO

Case No. CR-2024-12-4179

vs.

JAREL M. WOODEN

## JOURNAL ENTRY