IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Default entered 6/26/2026 against Jarel Wooden.
Christian Capece, Clerk of Court
s/ Kelby Crawford, Deputy Clerk

| | | |
|---|---|---|
| CASSIANNA BELL, Administrator of the Estate of Diane Denise Bell, | ) ) ) ) | Case No. 5:25-cv-02661-JRA |
| Plaintiff, | ) ) ) | Judge: JOHN R. ADAMS<br><br>Magistrate Judge: AMANDA M. KNAPP |
| -vs.- | ) ) | 1.  PLAINTIFF'S APPLICATION TO CLERK OF COURT TO ENTER DEFAULT |
| INNER PEACE EVER LIGHT HOME CARE LLC, an Ohio Limited Liability Company, et al., | ) ) ) ) | |
| Defendants. | ) ) ) ) ) | 2.  EXHIBITS 1 – 3<br><br>3.  CERTIFICATE OF SERVICE |

Now comes, CASSIANNA BELL, Administrator of the Estate of Diane Denise Bell, Plaintiff herein, by and through her attorneys, Blaise R. Meeker, of Meeker Legal LLC, and Robert C. Meeker and Ben T. Manayan, Jr., of Blakemore, Meeker & Bowler Co., L.P.A., and hereby applies to the Clerk of Court to enter default against JAREL WOODEN, Defendant herein.  This application is made pursuant to Rule 55 of the Federal Rules of Civil Procedure (Fed.R.Civ.P.), exhibit(s), attachment(s), the record and memorandum, below.

**MEMORANDUM**

This matter arose out of the death of Plaintiff's Decedent, Diane Denise Bell, on November 15, 2024 that was caused by Defendant JAREL WOODEN.  On December 26, 2024, Defendant Wooden was indicted for Decedent's death in the Court of Common Pleas, Summit County, Ohio, Case No. CR-2024-12-4179.

On November 11, 2025, Plaintiff filed her complaint for survival and wrongful death action

-1-